# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136159-60

RICHARD L. PIESER,
        Plaintiff-Appellee,

v

SARA LEE BAKERY and TRAVELERS
PROPERTY CASUALTY COMPANY,
        Defendants-Appellants,
and

SECOND INJURY FUND, VOCATIONALLY
HANDICAPPED PROVISIONS,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136159-60
COA: 275608
WCAC: 05-000354

On order of the Court, the application for leave to appeal the March 20, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

t0721